ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT SPENCER (SBN 238491)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff
Richard Wuest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WUEST, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br>COMPLETE RECOVERY CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 3:17-CV-01674-JD<br><br>CLASS ACTION<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>FRCP Rule 41(a)(1)(A)(ii)<br><br>(Assigned to Hon. James Donato) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard Wuest ("Plaintiff") and Defendant Complete Recovery Corporation ("Defendant"), by and through their respective undersigned counsel, hereby submit this Joint Stipulation of Dismissal and [Proposed] Order, and stipulate and agree as follows:

WHEREAS, Plaintiff has agreed to dismiss this entire civil lawsuit, with prejudice as to his individual claims and without prejudice as to the alleged putative class action claims.

WHEREAS, Plaintiff has not moved for class certification, and a class has not been certified by the Court. The Parties' stipulated dismissal of this action does not resolve the claims, issues, or defenses of any putative or certified class. Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal.

Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a *certified* class") (emphasis added); *see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1)* ("The new rule requires [court] approval only if the claims, issues or defenses of a *certified* class are resolved by . . . voluntary dismissal.") (emphasis added).

WHEREAS, the Parties are not aware of any member of the alleged putative class who, in reliance upon this action or otherwise, has refrained from bringing a claim identical or similar to any of the claims in this action or who might be prejudiced by dismissal of this action by the Court.

For the reasons set forth above and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Parties hereby jointly Stipulate to the dismissal with prejudice of Plaintiff's individual claims and the dismissal without prejudice of the alleged class action claims and request that the Court terminate all proceedings in this action.

The Parties shall bear their own costs and fees associated with this action and the dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 22, 2017     **KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
       ERIC A. GROVER

*Counsel for Plaintiff*
RICHARD WUEST

*Pursuant to Local Rule 5-1(i)(3) I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.*

//

//

//

Dated: May 22, 2017     **KELLEY DRYE & WARREN LLP**

By: /s/ *S. Spencer Elg*
         ———————————————
         S. SPENCER ELG

*Attorneys for Defendant*
COMPLETE RECOVERY CORPORATION

## **ORDER**

Pursuant to Stipulation, IT IS ORDERED that this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the alleged class action claims. The Clerk shall close the case.

DATED: May 23, 2017     ———————————————
                         James Donato
                         United States District Judge

JOINT STIPULATION OF DISMISSAL                                  Case No: 3:17-CV-01674-JD
AND [PROPOSED] ORDER                    3